# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT L. MONTOYA, an individual; LOL COMEDY, INC., a California corporation; and LOLFLIX, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LAUGH OUT LOUD PRODUCTIONS, LLC, a California limited liability company; KEVIN HART, an individual; HARTBEAT DIGITAL, LLC, a California limited liability company; LIONS GATE ENTERTAINMENT INC., a Canadian corporation; JEFF CLANAGAN, an individual; LELAND WIGINGTON, an individual; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. LA CV17-07597 JAK (MRWx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

Pursuant to the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED as follows:

///

///

- 1 -

     The Stipulation is **GRANTED**. This action and all claims are dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: October 17, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

- 2 -